1  Michael D. Harris, Cal. Bar No. 59,470
2  MHarris@socalip.com
   M. Kala Sarvaiya, Cal. Bar No. 238,453
3  KSarvaiya@socalip.com
4  SoCal IP Law Group LLP
   310 N. Westlake Blvd., Suite 120
5  Westlake Village, CA 91362-3788
6  Phone: (805) 230-1350 • Fax: (805) 230-1355
7  Attorneys for Plaintiff Vellata, LLC

8  Camilo Echavarria, Cal. Bar No. 192481
   camiloechavarria@dwt.com
9  Davis Wright Tremaine LLP
10 865 S. Figueroa St., Suite 2400
   Los Angeles, California 90017-2566
11 Phone (213) 633-6800 • Fax (213) 633-6899

12 Stuart Dunwoody (Pro hac vice)
13 stuartdunnwoody@dwt.com
   Davis Wright Tremaine LLP
14 1201 Third Avenue, Suite 2200
15 Seattle, WA 98101-30456
   Phone: (206) 757-8034 • Fax 206.757.7034
16
17 Attorneys for Defendant Hearst Communications, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| Vellata, LLC, | |
|---|---|
| Plaintiff, | 2:10-cv-02832-AHM (AGRx) |
| v. | Stipulation of Dismissal of Defendant Hearst Communications, Inc. |
| Hearst Communications, Inc., et al, | |
| Defendants. | Judge Matz |
| And Related Counterclaims | |

Plaintiff Vellata, LLC and defendant Hearst Communications, Inc. ("Hearst") stipulate to dismiss Hearst with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Each party will bear its own costs and attorneys' fees.

Stipulation of Dismissal of Defendant Hearst Communications, Inc.    1

July 28, 2010

*M Kala S—*
M. Kala Sarvaiya
SoCal IP Law Group LLP

Attorneys for Plaintiff Vellata, LLC

July 28, 2010

Camilo Echavarria
DAVIS WRIGHT TREMAINE LLP

Attorneys for Defendant Hearst Communications, Inc.

Stipulation of Dismissal of Defendant Hearst Communications, Inc.   2