# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| Vellata, LLC,<br>    Plaintiff,<br>    v.<br>Hearst Communications, Inc., et al,<br>    Defendants. | 2:10-cv-02832-AHM (AGRx)<br><br>Order Dismissing Claims Against Defendant Hearst and Counterclaims Brought by Hearst<br><br>Judge Matz |
| And Related Counterclaims | |

Pursuant to a stipulation of counsel, it is ordered that all claims by plaintiff Vellata, LLC ("Vellata") against defendant Hearst Communications, Inc. ("Hearst") and all counterclaims by Hearst against Vellata are dismissed with prejudice under FED. R. CIV. P. 41(a)(2).

Each party will bear its own costs and attorneys' fees.

Dated: August 02, 2010

                                              United States District Judge