JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| Vellata, LLC,<br><br>   Plaintiff,<br><br>    v.<br><br>Hearst Communications, Inc., and Jenny Craig, Inc.<br><br>   Defendants. | 2:10-cv-02832-AHM (AGRx)<br><br>Order of Dismissal of Defendant Jenny Craig, Inc.<br><br>Judge Matz |

And Related Counterclaims

Pursuant to a stipulation of counsel, it is ordered that all claims by plaintiff Vellata, LLC ("Vellata") against defendant Jenny Craig, Inc. ("Jenny Craig") and all counterclaims by Jenny Craig against Vellata are dismissed with prejudice.

Therefore, the lawsuit is dismissed in its entirety with prejudice under FED. R. CIV. P. 41(a)(2). Each party will bear its own costs and attorneys' fees.

Dated: August 25, 2010

—————————————————
United States District Judge

**JS-6**

Order Dismissing Defendant Jenny Craig, Inc.

1