AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Central Dist. of Calif.___ on the following ☒ Patents or ☐ Trademarks:

CV-10-02832

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT Central Dist. of Calif. |
|---|---|---|
| PLAINTIFF<br>Vellata, LLC | | DEFENDANT<br>Hearst Communications, Inc., and Jenny Craig, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,240,290 | 6/3/2007 | Vellata, LLC |
| 2 | 7,496,858 | 2/24/2009 | Vellata, LLC |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order dismissing case was filed on August 25, 2010, see attached. |

| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>Kendra Bradshaw | DATE<br>8/25/10 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| Vellata, LLC,<br>    Plaintiff,<br>        v.<br>Hearst Communications, Inc., and Jenny Craig, Inc.<br>    Defendants.<br>And Related Counterclaims | 2:10-cv-02832-AHM (AGRx)<br><br>Order of Dismissal of Defendant Jenny Craig, Inc.<br><br>Judge Matz |

Pursuant to a stipulation of counsel, it is ordered that all claims by plaintiff Vellata, LLC ("Vellata") against defendant Jenny Craig, Inc. ("Jenny Craig") and all counterclaims by Jenny Craig against Vellata are dismissed with prejudice.

Therefore, the lawsuit is dismissed in its entirety with prejudice under FED. R. CIV. P. 41(a)(2). Each party will bear its own costs and attorneys' fees.

Dated: August 25, 2010

_____
United States District Judge

**JS-6**

Order Dismissing Defendant Jenny Craig, Inc.    1